UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04CV600 RWS |
| | ) |
| NINE PIECES OF MISCELLANEOUS JEWELRY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the August 15, 2005, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2005.