UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04CV00600 RWS |
| | ) |
| NINE PIECES OF MISCELLANEOUS JEWELRY VALUED AT $7,065.00, | ) |
| | ) |
| FIFTEEN MISCELLANEOUS MEN'S FURS VALUED AT $21,600.00, and | ) |
| | ) |
| EIGHT MISCELLANEOUS WOMEN'S FURS VALUED AT $7,065.00 | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant Tara Mitchell,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the Nine Pieces of Miscellaneous Jewelry shall be forfeited to the United States of America to be disposed of according to law.

The Fifteen Miscellaneous Men's Furs and Eight Miscellaneous Women's Furs shall be released to Tara Mitchell.

This matter is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED,

UNITED STATES DISTRICT JUDGE

Dated this 25th Day of August, 2005